UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK W. PALMER and LESLIE G. PALMER**                    **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO.1:07CV039 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**          **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [10] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party is **DENIED**.

**SO ORDERED** this 15th day of May, 2007.

                                                s/ L. T. Senter, Jr.
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE